Marquadt *v.* Sieberling *et al.*

Filed Dec. 19, 1889.

---

No. 13,956.

MARQUADT *v.* SIEBERLING ET AL.

PRACTICE.—*Instructions.*—Instructions to become a part of the record must be signed by the judge and filed by the proper officer.

From the Allen Superior Court.

*P. A. Randall* and *W. J. Vesey,* for appellant.

*H. Colerick* and *W. S. Oppenheim,* for appellees.

ELLIOTT, J.—The evidence, as the appellee contends, is not properly in the record, and the instructions certainly are not. Instructions can not be brought before this court by the mere report of the stenographer where it does not appear that they were ever signed by the judge or filed by the proper officer.

Judgment affirmed.

Filed Dec. 19, 1889.